UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOBBY BEASLEY,<br><br>　　　　　　　　　Defendant. | Case No. 18-145-RAJ<br><br>**ORDER DENYING MOTION FOR TEMPORARY RELEASE** |

Defendant moves the Court for an order of temporary release so he can visit his newborn daughter at the hospital. Dkt. 25. The Court understands defendant's desire to see his newborn daughter. However, the record indicates defendant has a length criminal history going back to 2003. He has convictions for assault, unlawful possession of a firearm, robbery in the first degree, and drug offenses. He has a history of failing to appear for court appearances and noncompliance while on supervision. It also appears he has both mental health and substance abuse issues. For these reasons, the Court DENIES defendant's motion for temporary release.

DATED this 6th day of August, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DENYING MOTION FOR TEMPORARY RELEASE - 1