UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROLAND CHEATHAM, et al.,<br><br>Defendants. | NO. CR18-131RAJ<br><br>COMPLEX CASE MANAGEMENT ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT MORGAN, et al.,<br><br>Defendants. | NO. CR18-132RAJ |

Case Management Order - 1
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>BOBBY BEASLEY,<br>WESLEY ARMSTRONG,<br>CLEOPHUS SHEPARD,<br>JIHAD ZEIGLER,<br><br>          Defendants. | NO. CR18-144RAJ<br>     CR18-145RAJ<br>     CR18-147RAJ<br>     CR18-161RAJ |

These related cases came before the Court for a status conference and motion hearing on August 1, 2018.

Prior to the hearing, in orders dated July 18, 2018, the Court appointed Russell M. Aoki as Coordinating Discovery Attorney for all of these related cases.

At said hearing, the Court reviewed a stipulated motion to continue these related trials to a date in May of 2019, and heard from the government and individual defendants who objected to the continuance altogether and/or the proposed length of the continuance.

During the course of the hearing, the parties also discussed the volume and nature of the discovery involved; the complexities involved in managing this discovery, even with the assistance of Mr. Aoki; and the complexities inherent in the number of defendants in this case.

At the close of the hearing, the Court found that the ends of justice and the complexity of this case outweighed the interests of the public and of the objecting defendants to having this matter brought to trial sooner, overruled the objections and continued all of these trials to May 6, 2019.

The Court also instructed the parties to meet and confer regarding a complex case schedule to manage this matter.

Case Management Order - 2
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties have done so. All of the parties herein, with the exception of Defendant Nathaniel Wells (Defendant # 14 in *U.S. v. Cheatham et al.* CR18-131RAJ) hereby stipulate and agree that the Court should enter the following proposed order.[1, 2]

The Court, having reviewed the record and files in this case, having considered the matters discussed at the August 1, 2018 status conference, and being otherwise fully advised, adopts this schedule, over any objection by Defendant Nathaniel Wells:

| Event | Date |
|---|---|
| Government to continue to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), including its continuing obligations set forth in Rule 16(c) | Ongoing |
| Government to Supersede to Add Substantive Counts/Defendants | November 28, 2018 |
| First Status Conference | December 14, 2018, 9:00 a.m. |
| Deadline to file Pretrial Motions I (Dismissal, Discovery, Bill of Particulars, and the like) Reponses to be filed by January 25, 2019; reply briefs, if any, to be filed by February 1, 2019; Noting Date of February 8, 2019 | January 11, 2019 |
| Defense to provide reciprocal discovery under Rule 16(b)(1)(A) – (B) and Local CrR 16(a)(2), with continuing obligation per rule 16(c); Defense to provide notices of any defenses alleged under Fed. R. Crim. P. 12.1, 12.2 or 12.3 | January 11, 2019 |
| Status Conference/Motions Hearing I | February 22, 2019, 9:00 a.m. |

---

[1] Through counsel, Mr. Wells has indicated that he demands an earlier disclosure of government *Jencks* material. No legal authority was provided to the government supporting that demand.
[2] Counsel for defendant Martin Jeffrey Banks, Defendant 11 in the *Cheatham* case, has re-stated his objection, previously made for the record and overruled, to the May 2019 trial date. However, he had no objection to the deadlines that flow from that trial date as set forth herein.

Case Management Order - 3
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

| Event | Date |
|---|---|
| Pretrial Motions II (motions based on review of discovery and defense investigation, including motions to suppress wiretap or searches, challenges to venue, substantive severance motions) <br><br> Responses due March 14, 2019; Replies, if any, due March 28, 2019; Noting date of March 29, 2019 | February 28, 2019 |
| Parties to exchange expert discovery under Rules 16(a)(1)(G) and 16(b)(1)(C) | March 22, 2019 |
| Government to identify FRE 404(b) evidence, if any | April 1, 2019 |
| Deadline for Government to Supersede to Consolidate cases/defendants for trial, if necessary | April 4, 2019 |
| Status Conference/Motions Hearing II, to include discussion of possible severance issues, if any | April 5, 2019, 9:00 a.m. |
| Parties to exchange draft transcripts of recorded calls/meetings for proposed use at trial. | April 8, 2019 |
| Deadline for motions in limine (including, but not limited to, any challenges to proposed experts); motions re: 404(b) and inextricably intertwined evidence; motions to sever <br><br> Responses due April 18, 2019; Replies due April 25, 2019; Noting date April 19, 2019. | April 11, 2019 |
| Parties to exchange objections/proposed revisions to transcripts as to form and content. | April 15, 2019 |
| Parties to exchange all summary exhibits and underlying data under Fed. R. Evid. 1006; Parties to provide rebuttal expert disclosures | April 22, 2019 |
| Parties to exchange *Jencks* Act Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 materials *except* for government cooperating witnesses or confidential source witnesses. | April 22, 2019 |

Case Management Order - 4
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Date |
|-------|------|
| Government to produce *Jencks* Act, Fed. R. Crim. P. 26.2 and *Giglio* impeachment materials, including information covered by Fed. R. Evid. 806 (if any) for government cooperating witnesses and/or confidential source witnesses (if any). | April 26, 2019 |
| Exhibit Lists, Witness Lists, Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Forms due | April 26, 2019 |
| Pretrial Conference, including hearings on motions in limine (if necessary) | April 30, 2019, 9:00 a.m. |
| File proposed trial exhibits (General Order 01-18) and commence Trial | May 6, 2019, 9:00 a.m. |

Modifications to the deadlines set forth in this order may be made by the Court based on changing circumstances or for other good cause shown.

DATED this 10th day of October, 2018.

The Honorable Richard A. Jones
United States District Judge

Case Management Order - 5
*U.S. v. Cheatham, et al., CR18-131RAJ; U.S. v. Morgan, et al., CR18-132RAJ;*
*U.S. v. Beasley, CR18-144RAJ; U.S. v. Armstrong, CR18-145RAJ;*
*U.S. v. Shepard, CR18-147RAJ; U.S. v. Zeigler, CR18-161RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970