UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY BEASLEY,<br><br>Defendant. | NO. CR18-145RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS SEARCH OF RESIDENCE AND MOTION TO SUPPRESS SEARCH OF VEHICLE |

THIS MATTER comes before the Court on Defendant's Motion to Suppress Search of Residence and Motion to Suppress Search of Vehicle. Having conducted a suppression hearing on this date, and for the reasons set forth orally on the record, the Court **DENIES** Defendant's Motion to Suppress Search of Residence (Dkt. #35) and Motion to Suppress Search of Vehicle (Dkt. #36).

DATED this 9th day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge