The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BOBBY BARNARD BEASLEY, Defendant. | NO. CR18-0145 RAJ  **ORDER TO SEAL** |

Having considered the Government's Motion in Limine and its Motion to Seal (Dkt. #52), and because of the sensitive information contained in the Presentence Report,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #52) is GRANTED. Defendant's Presentence Report from CR11-411RSL, shall be filed in the above-captioned case and remain sealed.

DATED this 15th day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

Order to Seal
*United States v. Bobby Beasley,* CR18-145 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970