Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BOBBY BERNARD BEASLEY,

Defendant.

No. CR18-145RAJ

ORDER ON MOTION TO WITHDRAW AND MOTION FOR APPOINTMENT OF NEW COUNSEL

THIS MATTER comes before the Court on counsel for Defendant Bobby Beasley's Motion to Withdraw as Counsel (Dkt. #56) and Defendant Bobby Beasley's pro se Motion for Appointment of New Counsel (Dkt. #59). The Court has reviewed the motions and the files and pleadings herein, and has conducted a hearing during which the Court conducted a colloquy with Defendant and defense counsel in sealed proceedings, and being fully advised,

IT IS ORDERED that the motions (Dkt. #56 and #59) are GRANTED. Attorney Michael Martin is permitted to withdraw as counsel for Defendant Bobby Beasley upon appointment of successor counsel by the CJA Coordinator.

DATED this 19th day of April, 2019.

_____
The Honorable Richard A. Jones
United States District Judge