THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-145RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL DATE |
| BOBBY BARNARD BEASLEY, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court upon the oral motion of defense counsel at a status hearing conducted on May 6, 2019. Having heard from defense counsel, who has recently been appointed to represent Defendant Beasley, and from counsel for the Government, having considered the files and records herein, and Defendant having represented he agrees to waive his right to a speedy trial and will file a waiver of his right to a speedy trial to a time beyond the new trial date, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

///

///

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that Defendant's motion to continue trial date is GRANTED. The trial date shall be continued from May 6, 2019, to November 4, 2019. All remaining pretrial motions, including motions in limine, shall be filed no later than September 26, 2019.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of November 4, 2019, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 6th day of May, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge