THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-145-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | UNOPPOSED MOTION TO |
| ) | WITHDRAW PRO SE MOTION |
| BOBBY BARNARD BEASLEY, ) | FOR COMPASSIONATE RELEASE |
| ) | (DKT. 94) |
| Defendant. ) | |

THE COURT has considered the unopposed motion filed by counsel for Mr. Beasley to withdraw his pending pro se motion for compassionate release.

IT IS NOW ORDERED that the motion (Dkt. #96) is GRANTED. Defendant's pro se motion for compassionate release (Dkt. #94) is withdrawn.

DATED this 25th day of June, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW PRO SE MOTION
FOR COMPASSIONATE RELEASE (DKT. 94)
(*United States v. Beasley*, CR18-145-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100