THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-145-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |
| BOBBY BARNARD BEASLEY, | ) | |
| Defendant. | ) | |

This matter has come before the undersigned on Defendant Bobby Beasley's motion to file an overlength motion for compassionate release. The Court has considered the motion and the records herein.

IT IS NOW ORDERED that Defendant Bobby Beasley's motion to file an overlength motion for compassionate release (Dkt. #100) is GRANTED.

DATED this 3rd day of August, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF
(*United States v. Beasley*, CR18-145-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100