THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-145-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| BOBBY BARNARD BEASLEY, | ) | |
| Defendant. | ) | |

Having considered the record and the government's unopposed motion for extension of time filed on August 6, 2020, and finding good cause,

IT IS THEREFORE ORDERED that the United States' unopposed motion to extend time for the government to respond to defendant's motion for compassionate release (Dkt. #106) is GRANTED.  The government's response to the motion currently due August 7, 2020, is EXTENDED until August 14, 2020.  Defendant's reply, if any, is due August 21, 2020.  The clerk is directed to re-note defendant's motion for compassionate release for August 21, 2020.

DATED this 6th day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge