The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BOBBY BARNARD BEASLEY<br><br>Defendant. | NO.  CR18-145 RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
|---|---|

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states:

IT IS HEREBY ORDERED that the Motion (Dkt. #111) is GRANTED. The United States may file its Response to Bobby Barnard Beasley's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) that does not exceed 16 pages in length.

DATED this 17th day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Beasley,* CR18-145 RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(2060) 553-7970