THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-145-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| BOBBY BARNARD BEASLEY, | |
| Defendant. | |

This matter has come before the undersigned on Bobby Beasley's motion to file an overlength reply to the government's response to his motion for compassionate release. The Court, having considered the motion and the records herein, and finding good cause,

IT IS NOW ORDERED that Mr. Beasley's motion to file an overlength reply (Dkt. #117) is GRANTED. Mr. Beasley is granted leave to file a reply regarding his motion for compassionate release that does not exceed 12 pages in length.

DATED this 24th day of August, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Beasley*, CR18-145-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**